UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:   Sarah Clarissa Mieras,
                                Debtor.
                                           /

Case No. 17-03929-jtg
Chapter 13

## DEBTOR'S FIRST PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

The Debtor, by and through his attorneys, Andersen Ellis & Shephard, hereby modifies the Chapter 13 plan as authorized by 11 U.S.C. §1323.

1. This case was filed on August 21, 2017. The plan has not yet been confirmed. This case has never been converted, dismissed, or reinstated.

2. The Debtor modifies the plan as follows:

   A. ¶ **III.A.3. Attorney fees exclusive of costs and expenses:** An initial fee of $3,650.00 less fees paid of $500.00, leaving a fee balance in the amount of $3,150.00 to be paid by the Trustee pursuant to the priorities set forth in paragraph IV.H. of the plan.

   B. In all other respects the chapter 13 plan remains the same.

Date: September 25, 2017

Sarah Clarissa Mieras

Date: September 25, 2017

Andersen Ellis & Shephard

By: /S/ Rebecca L. Johnson-Ellis
Rebecca L. Johnson-Ellis (P65574)
Jeremy B. Shephard (P72719)
866 3 Mile Road NW Suite B
Grand Rapids, MI 49544
(616) 784-1700